```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2023
```

August 7, 2023

**HARRIS BEACH**
ATTORNEYS AT LAW

**VIA ECF TO:**
Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12C
New York, New York 10007

100 WALL STREET
NEW YORK, NY 10005
(212) 687-0100

**BRENDAN P. HALL**
ATTORNEY

DIRECT: (212) 912-3635
bhall@harrisbeach.com

Re: *Gomez v. Hay Family II, LLC, et al.*
Case No. 23-cv-01015-GHW

**MEMORANDUM ENDORSED**

Dear Judge Woods:

We represent Defendant Sistina Restaurant, Inc. ("Sistina") in this action. We are writing to respectfully request an extension of time to: (1) respond to the complaint to August 28, 2023 (Dkt. No. 1); and (2) submit a joint status letter and proposed case management plan to September 7, 2023 (Dkt. No. 52). We are also respectfully requesting an adjournment of the initial pre-trial conference scheduled for August 14, 2023 to a date that is most convenient for the Court.

Sistina only recently became aware of this lawsuit and retained our office to represent the company late last week. We have conferred with counsel for Plaintiff and Co-Defendants who consented to this adjournment request.

This short adjournment will afford us an opportunity to investigate Plaintiff's allegations; and discern whether early resolution may be possible. Please do not hesitate if the Court needs any additional information.

Sincerely,

*Brendan P. Hall*

Brendan P. Hall

cc: All parties via ECF

---

Defendant's application for an extension of time to answer or otherwise respond to the complaint, Dkt. No. 58, is granted. The deadline for defendant to answer or otherwise respond to the complaint is extended to August 28, 2023.

Defendant's request to adjourn the initial pretrial conference, Dkt. No. 58, is granted in part. The initial pretrial conference scheduled for August 14, 2023 is adjourned to September 18, 2023 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's February 8, 2023 order are due no later than September 11, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 58.

SO ORDERED.

Dated: August 8, 2023

_____
GREGORY H. WOODS
United States District Judge